[No. 4384-0-II.  Division Two.  May 14, 1982.]

DAVID B. LAWSON, ET AL, *Appellants,* v.
J. T. MOORE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 57313, Gerry L. Alexander, J., entered November 6, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4930-9-II.  Division Two.  May 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL WAYNE ROPER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 57228, James P. Healy, J., entered July 29, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 9443-2-I.  Division One.  May 17, 1982.]

DELENE F. BROWN, *Respondent,* v. LARRY W. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-16216, James A. Noe, J., entered October 8, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson and Williams, JJ.

[No. 9006-2-I.  Division One.  May 17, 1982.]

WENDEL R. HILAND, ET AL, *Respondents,* v.
WILLIAM R. SMIT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-02090-7, Robert W. Winsor, J., entered July 3, 1980. *Reversed* by unpublished opinion per Williams, J., concurred in by James and Swanson, JJ.